ORDERED.

Dated:  July 06, 2015

*Catherine M. McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCYCOURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

RE-710, LCC                                              CASE NO. 8:14-02617-CPM
                                                         CHAPTER 11

    Debtor.
_____/

**AGREED ORDER GRANTING DEBTORS' MOTION TO VALUE
AND DETERMINE SECURED STATUS OF REAL PROPERTY
(2711 King Surrey Ct., Valrico, Florida 33594)**

Upon the Debtors' Motion to Value and Determine Secured Status of Real Property [D.E. 220] pursuant to 11 U.S.C. §506 and 1129(b), and F.R.B.P. Rule 3012 and Creditor, Green Tree Servicing, LLC's Objection to the same, and upon the parties agreement and joint request for entry of this order, it is ORDERED:

1. The Motion to Value Secured Claim 51 is GRANTED pursuant to 11 U.S.C. §506 and 1129(b), and F.R.B.P. Rule 3012

2. The value of Claim 51, which is secured by a Mortgage and Note for the property located at 2711 King Surrey Court, Valrico, Florida 33594, shall be $209,900.00, and shall be paid by the Debtor at 5.25% interest and amortized over 360 months. The remainder of the referenced claim shall be treated as unsecured assuming that

      the plan is completed and a discharge entered. The value of the secured portion of the claim as agreed upon herein represents an agreed value for purposes of the pending Chapter 11 case and shall not carryover into any other chapter should the Debtor convert the case. In addition, the agreed upon value shall not survive any dismissal, voluntary or involuntary, of this case.

3.     The Debtor is required to maintain the payment of all insurance coverage and property taxes directly.

4.     The Debtor is required to reimburse the lender for the payment of the 2014 property taxes in the amount of $3,526.19 within 90 days of this Order.

5.     The first monthly payments shall commence on the 1st of the month after the entry of the Order confirming the Chapter 11 Plan.

**Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

This order consented to and approved by the Movant and Debtor, as evidenced by signature below.

| | |
|---|---|
| /S/Jeffrey C. Hakanson | /S/Evan S. Singer |
| Jeffrey C. Hakanson | Evan S. Singer |
| Counsel for Debtor | Counsel for Green Tree Servicing LLC |

Order Prepared by:
Evan S. Singer
Timothy D. Padgett, PA
ess@padgettlaw.net