ORDERED.

Dated: September 01, 2015

*Catherine M. McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RE-710, LLC,

Debtor.
_____/

Chapter 11

Case No. 8:14-bk-02617-CPM

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE
SECURED STATUS OF REAL PROPERTY OF BANK OF AMERICA, N.A.
(D.E. #218)**

THIS CAUSE is set for Federal Evidentiary hearing on November 17, 2015 at 3:00 pm. The parties have reached an agreement as to the value of the subject property on the Debtor's *Motion to Value and Determine Secured Status of Real Property of Bank of America, N.A.* (D.E. #218) the "Motion"). Based upon the Debtor's assertions made in support of the Motion, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the Debtor's real property (the "Real Property") located at

13135 Greengage Lane, Tampa, FL. 33612, and more particularly described as:

**Lot 11, Block 1, of Magdalene Reserve, according to the Map or Plat Thereof as Recorded in Plkat Book 69, Page 40 of the Public Records of Hillsborough Coounty, Florida.**

is $231,137.08 at the time of the filing of this case upon the agreement of the parties,

Bank of America, N.A. and Chapter 11 Debtor, RE-710, LLC.

B.   The total of all claims secured by liens on the Real Property senior to the lien of Bank of America, N.A. is $0.00.

C.   The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender, Bank of America, N.A.., is $ 231,137.08 and Bank of America, N.A., has an allowed secured interest in the Real property in such amount.

Consequently, it is **ORDERED** as follows:

1.   The Motion is **GRANTED**.

2.   Lender, Bank of America, N.A., has an allowed secured claim in the amount of $231,137.08 for the mortgage given to Bank of America, N.A. by Michele T. Alvarez and Daniel J. Alvarez; said mortgage being recorded on March 3, 2003 at O.R. Book 12449 at Page 0784 in the Official Records of Hillsborough County, Florida.

3.   The total Secured Claim amount of $ 231,137.08 represents an agreed cramdown payoff amount of $226,732.00 along with post petition 2014 County taxes due to Secured Creditor in the amount of $ 4,405.08, hence the total of $ 231,137.08. The parties have agreed this amount will be paid in full to Bank of America, N.A. by the Debtor within 90 days from the date of entry of this Agreed Order in full and final settlement on the Debtor's Motion to Value (D.E. # 218).

4.   Should Debtor fail to render full and final payoff funds in the amount of $231,137.08 to Bank of America, N.A. within 90 days of the date of entry of this Agreed Order

on the Motion to Value, as per the agreement of the parties, this agreement as to value shall be considered null and void, and Bank of America, N.A. shall retain it's lien for the full amount due under the subject loan.

5. If Debtor fails to render full and final payment in the amount of $231,137.08 on the Motion to Value within 90 days from the date of entry of this agreed order., the Lender may send written notice of default to the Debtors. Upon receipt of the written notice of default, the Debtor has ten (10) days to cure the default, and if no cure occurs, the note principal amount will be reset to the unpaid principal balance, payable under the Note and Mortgage, less payments received by the Lender, if applicable, and Lender may receive relief from stay to foreclose on the property pursuant to State law, if applicable.

6. Lender, Bank of America, N.A., filed a Proof of Claim No. 60 in this case showing a total claim amount of $ 275,964.35, and arrearages of $ 117,011.26, with regular ongoing post-petition payments of $ 1,649.41.

7. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

8. The Debtor will be responsible for maintaining the county property taxes and insurances on the subject property until such time as Bank of America, N.A. receives full and final payoff funds in the amount of $ 231.137.08, and failure to do so shall constitute a default of this agreement. Debtor has specifically agreed he will be responsible for paying the 2015 county property taxes on the subject property when same becomes due in November, 2015, and he shall provide Bank of America, N.A. with proof of payment of the 2015 Hillsborough County property taxes upon payment of same.

9. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

10. The trial scheduled for November 17, 2015, is canceled.

/s/ *(initialed)*

| | |
|---|---|
| _____ <br> Jeffrey C. Hakanson, Esq. <br> FBN: 61328 <br> McIntyre Thanasides, <br> 501 E. Kennedy Blvd, Suite 1900 <br> Tampa, FL 33602 <br> Phone: (813) 899-6059 <br> jeff@mcintyrefirm.com | /s/ Connie J. Delisser <br> Connie J. Delisser, Esq. <br> FBN: 293740 <br> Marinosci Law Group, P.C. <br> Attorney for Secured Creditor <br> 100 West Cypress Creek Road, Ste 1045 <br> Ft. Lauderdale, FL 33309 <br> Phone: (954)644-8704 <br> Fax: (954) 772-9601 <br> cdelisser@mlg-defaultlaw.com |

Attorney, Connie J. Delisser, is directed to serve a copy of this order on interested parties and file a proof of servixe ithin 3 days of entry of the order.