[jiffyord] [Bench Order +]

ORDERED.

Dated:  September 30, 2016

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:14−bk−02617−CPM
                                                                                                Chapter 11

RE−710, LLC

_____Debtor*_____/

**ORDER GRANTING EXPEDITED MOTION TO COMPEL PAYMENT OF CLAIM NO. 21−2. OF CREDITOR LIVE OAK PRESERVE ASSOCIATION, INC. (RELATED DOCUMENT(S)800).**

THIS CASE came on for hearing on  September 29, 2016 , for consideration of the **Expedited Motion to Compel Payment of Claim No. 21−2. of Creditor Live Oak Preserve Association, Inc. (related document(s)800).** (Doc. **1100** ), filed by **Live Oak Preserve Association, Inc.** .

For the reasons stated orally and recorded in open court, the Expedited Motion to Compel Payment of Claim No. 21−2. of Creditor Live Oak Preserve Association, Inc. (related document(s)800). is Granted .

The Court will enter a separate final judgment that will be submitted by G. Thomas Curran.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney G. Thomas Curran is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.